UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CECIL W. WYATT, JR.,<br><br>                Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                Defendant. | Case No. 3:14-cv-05003-KLS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS |

      Plaintiff's application to proceed *in forma pauperis* (ECF #1) is GRANTED. Plaintiff does not appear to have funds available to afford the $400.00 Court filing fee.

      DATED this 7th day of January, 2014.

                                                      /s/ Karen L. Strombom<br>
                                                      Karen L. Strombom<br>
                                                      United States Magistrate Judge

ORDER - 1